1  BUCHALTER
   A Professional Corporation
2  WILLMORE F. HOLBROW III (SBN 169688)
   1000 Wilshire Boulevard, Suite 1500
3  Los Angeles, CA 90017-2457
   Telephone: 213.891.0700
4  Facsimile: 213.896.0400
   Email: wholbrow@buchalter.com
5
6  Attorneys for Defendant, Sondrel, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| SPEECH TRANSCRIPTION, LLC, a California Corporation, | Case No.  3:23-cv-04199 |
|---|---|
| Plaintiff, | District Judge:<br> Hon. Vince Chhabria |
| v. | |
| SONDREL, INC., | **STIPULATED JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |
| Defendants. | Amended Complaint Filed: October 17, 2023<br>Current  Response Date: January 11, 2024<br>New Response Date: February 9, 2024 |

## STIPULATION

Plaintiff Speech Transcription, LLC ("Plaintiff") and Defendant Sondrel, Inc., through their undersigned counsel, jointly stipulate and move this Court to extend the deadline for Defendant to respond to the First Amended Complaint as follows:

WHEREAS, on October 17, 2023, Plaintiff filed its First Amended Complaint in this action;

WHEREAS, the parties agreed to extend the period of time for Defendant to file its response to the Complaint until January 11, 2024;

WHEREAS, the parties have been engaged in settlement discourse for a potential resolution of this matter; and

WHEREAS, the parties believe that it is worthwhile to continue actively engaging in settlement discussions and require additional time to do so, thereby having shown good cause.

NOW THEREFORE, the parties hereby jointly stipulate to the proposed extension and respectively request that the Court enter **Friday, February 9, 2024** as the new date for Defendant to answer or otherwise respond to the First Amended Complaint.

///
///
///
///
///
///

DOCUMENT PREPARED ON RECYCLED PAPER

IT IS SO STIPULATED.

Dated:     January 11, 2024         Randall Garteiser
                                    GARTEISER HONEA IP TRIAL
                                    BOUTIQUE


                                    By: */s/Randall Garteiser*
                                        RANDALL GARTEISER
                                        Attorneys for Plaintiff
                                        Speech Transcription, LLC


Dated:     January 11, 2024         Willmore F. Holbrow III
                                    **BUCHALTER**



                                    By: */s/ Willmore F. Holbrow III*
                                        WILLMORE F. HOLBROW III
                                        Attorneys for Defendant
                                        Sondrel, Inc.

STIPULATED JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO INITIAL
COMPLAINT BY MORE THAN 30 DAYS (L.R. 8-3)

DOCUMENT PREPARED
ON RECYCLED PAPER

**Attestation Regarding Signatures**

I, Willmore F. Holbrow III, am the filer of the foregoing **STIPULATED JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**, and attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and that I have obtained authorization to file this document with the "/s" electronic signatures appearing within the foregoing document.

By: */s/ Willmore F. Holbrow III*
    WILLMORE F. HOLBROW III

- 4 -
STIPULATED JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS (L.R. 8-3)

DOCUMENT PREPARED ON RECYCLED PAPER