Randall T. Garteiser (CA State Bar No. 231821)
 rgarteiser@ghiplaw.com
Christopher A. Honea (CA State Bar No. 232473)
 chonea@ghiplaw.com
GARTEISER HONEA – IP TRIAL BOUTIQUE
795 Folsom St., Floor 1, San Francisco, CA  94107
119 W Ferguson, Tyler, TX  75702
Telephone: (888) 908-4400

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SPEECH TRANSCRIPTION, LLC**<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>**SONDREL, INC,**<br>　　　　Defendants. | **Case No. 3:23-cv-04199**<br><br>**Jury Trial Demanded** |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Speech Transcription, LLC respectfully submits this notice of voluntary dismissal without prejudice of defendant Sondrel, Inc.  Sondrel has neither filed an Answer nor a Motion to Dismiss.

Dated: February 8, 2024            Respectfully served,
                                   GARTEISER HONEA, PLLC

                                   */s/ Randall Garteiser*

---
1
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Randall Garteiser
CA State Bar No. 231821
rgarteiser@ghiplaw.com
Christopher A. Honea
CA State Bar No. 232473
chonea@ghiplaw.com
**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2024, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

*/s/ Randall Garteiser*
Randall Garteiser